**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-2872-CMA-NYW

BONNIE BIRSE, individually and as the representative of a class consisting of the participants and beneficiaries of the CenturyLink Dollars & Sense 401(k) Plan invested in the Active Large Cap U.S. Stock Fund,

    Plaintiff,

v.

CENTURYLINK, INC.; CENTURYLINK INVESTMENT MANAGEMENT COMPANY; CENTURYLINK EMPLOYEE BENEFITS COMMITTEE; MARINA PEARSON; AND DOES 1 THROUGH 10 CONSISTING OF THE MEMBERS OF THE CENTURYLINK EMPLOYEE BENEFITS COMMITTEE,

    Defendants.

## ENTRY OF APPEARANCE

Cristina Covarrubias of Jenner & Block LLP hereby enters her appearance as counsel for Defendants. Ms. Covarrubias certifies that she is a member in good standing of the bar of this court.

Dated: February 20, 2018

                                        Respectfully Submitted,

                                        *s/Cristina Covarrubias*
                                        Cristina Covarrubias
                                        Jenner & Block LLP
                                        353 North Clark Street
                                        Chicago, IL 60654-3456
                                        (312) 840-7230 (Office)
                                        CCovarrubias@jenner.com

                                        ***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Franklin D. Azar
H. Zachary Balkin
Paul R. Wood
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (303) 757-3206
azarf@fdazar.com
balkinz@fdazar.com
woodp@fdazar.com

***Counsel for Plaintiff***

                                                               s/*Cristina Covarrubias*
                                                                Cristina Covarrubias