**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-2872-CMA-NYW

BONNIE BIRSE and GERAD DETWILER, individually and on behalf of all similarly situated participants and beneficiaries of the CenturyLink Dollars & Sense 401(k) Plan,

    Plaintiff,

v.

CENTURYLINK, INC. and CENTURYLINK INVESTMENT MANAGEMENT COMPANY,

    Defendants.

## DECLARATION OF AMANDA S. AMERT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, Amanda S. Amert, hereby declare:

1. I am an attorney at Jenner & Block LLP, which represents defendants CenturyLink, Inc. and CenturyLink Investment Management Company in the above-captioned matter. I am a licensed member in good standing of the bar of the State of Illinois, and I have been admitted to practice in the District of Colorado. I submit this declaration on behalf of defendants to place before the Court documents relevant to defendants' motion to dismiss.

2. Attached hereto as **Exhibit A** is a true and correct copy of the CenturyLink Dollars & Sense 401(k) Plan, Amended and Restated Effective January 1, 2017.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Form 5500 Annual Return/Report of Employee Benefit Plan for the CenturyLink Dollars & Sense

401(k) Plan for plan year 2016, which was filed with the Department of Labor on September 7, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 3, 2019                                          /s/ *Amanda S. Amert*
                                                                                    Amanda S. Amert

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 3, 2019, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Paul R. Wood
Keith R. Scranton
Devyn R. Glass
14426 East Evans Avenue
Aurora, Colorado 80014
Telephone: (303) 757-3300
Facsimile: (303) 757-3206
woodp@fdzar.com
scrantonk@fdazar.com
glassd@fdazar.com

*Counsel for Plaintiffs*

/s/ *Craig C. Martin*
Craig C. Martin