**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02872-CMA-NYW

BONNIE BIRSE & GERAD DETWILER, individually and on behalf of all similarly situated participants and beneficiaries of the CenturyLink Dollars & Sense 401(k) Plan,

    Plaintiffs,

v.

CENTURYLINK,INC., and
CENTURYLINK INVESTMENT MANAGEMENT COMPANY,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment (Doc. # 182) entered by United States District Judge Christine M. Arguello, on March 5, 2020, it is

ORDERED that Defendants' Motion for Summary Judgment (Doc. # 158) is GRANTED.  It is

FURTHER ORDERED that Plaintiffs' Motion for Summary Judgment (Doc. # 157) is DENIED.  It is

FURTHER ORDERED that all other outstanding motions in this case are DENIED AS MOOT.  It is

FURTHER ORDERED that judgment is entered in favor of Defendants CenturyLink, Inc. and CenturyLink Investment Management Company and against

Plaintiffs Bonnie Birse and Gerad Detwiler, individually and on behalf of all similarly situated participants and beneficiaries of the CenturyLink Dollars & Sense 401(k) Plan.

DATED: March 5, 2020.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By:   s/S. West
          S. West, Deputy Clerk
