# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02872-CMA-NYW

BONNIE BIRSE & GERAD DETWILER, individually and on behalf of all similarly situated participants and beneficiaries of the CenturyLink Dollars & Sense 401(k) Plan,

    Plaintiffs,

v.

CENTURYLINK,INC., and
CENTURYLINK INVESTMENT MANAGEMENT COMPANY,

    Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Plaintiffs' Motion to Amend Judgment (Doc. # 187) entered by United States District Judge Christine M. Arguello, on April 1, 2020, it is

ORDERED that Plaintiffs' Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) is GRANTED.  It is

FURTHER ORDERED that judgment is entered in favor of Defendants CenturyLink, Inc. and CenturyLink Investment Management Company and against Plaintiffs Bonnie Birse and Gerad Detwiler.

DATED: April 1, 2020.

                FOR THE COURT:
                Jeffrey P. Colwell, Clerk

                By:    s/S. West
                          S. West, Deputy Clerk